STATE EX REL. SEARS, ROEBUCK & Co., a Corporation, Relator, v. GEORGE F. HAID, WILLIAM DEE BECKER and SIMON G. NIPPER, as Judges of the St. Louis Court of Appeals.—60 S. W. (2d) 43.

Division Two, April 20, 1933.

*Bryan, Williams, Cave & McPheeters* for relator.

WESTHUES, C.—This is an original proceeding by certiorari against respondents, as judges of the St. Louis Court of Appeals, to quash the opinion in the case of William C. Wells et al. v. Sears, Roebuck & Co., 51 S. W. (2d) 136. This is a companion case to that of Cook et al. v. Sears, Roebuck & Co., 51 S. W. (2d) 134. The questions of law are identical in both cases. It has been stipulated in this court, as it was in the Court of Appeals, that this case should abide by the decision in the Cook case. In a proceeding by writ of certiorari this court quashed the opinion of the Court of Appeals in the Cook case. [See State ex rel. Sears, Roebuck & Co. v. Haid, 332 Mo. 701, 60 S. W. (2d) 41.]

Therefore, under the stipulation, an order will be made in this case, as in case number 32390, and the opinion of the Court of Appeals quashed. It is so ordered. *Cooley* and *Fitzsimmons, CC.,* concur.

PER CURIAM:—The foregoing opinion by WESTHUES, C., is adopted as the opinion of the court. *Tipton, J.,* and *Ellison, P. J.,* concur; *Leedy, J.,* not sitting.